CENTER FOR DISABILITY ACCESS
Raymond Ballister, Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St., Ste. 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff


OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
La Peer Hotel Owner LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,**<br><br>　　　Plaintiff,<br><br>　v.<br><br>**La Peer Hotel Owner LLC,** a Delaware Limited Liability Company; and Does 1-10;<br><br>　　　Defendants. | Case No. 2:21-cv-00857-FLA-MRW<br><br>**Joint Stipulation For Dismissal Of Action Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), IT IS STIPULATED by and between plaintiff Orlando Garcia and defendant La Peer Hotel Owner LLC that the entire action may be dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorney's fees, expert fees, and costs.

Dated: October 12, 2022                   CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
Christopher A. Seabock
Attorney for Plaintiff

DATED: October 12, 2022                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ J. Nicholas Marfori
J. Nicholas Marfori
Attorneys for Defendant
La Peer Hotel Owner LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to J. Nicholas Marfori, counsel for Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: October 12, 2022

CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
Christopher A. Seabock
Attorney for Plaintiff