JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LA PEERE HOTEL OWNER LLC, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-00857-FLA (MRWx)<br><br>**ORDER DISMISSING ACTION [DKT. 42]** |

1

On October 12, 2022, Plaintiff Orlando Garcia ("Plaintiff") and Defendant La Peer Hotel Owner LLC ("Defendant") filed a Joint Stipulation for Dismissal of Action ("Stipulation"), requesting the court dismiss the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 42. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.
3. Each party shall bear his or its own attorney's fees, expert fees, and costs.

IT IS SO ORDERED.

Dated: October 20, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2